UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                             Case No. 1:10-CR-238

v.                                                       HON. ROBERT HOLMES BELL

ALLEN HAWKINS,

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

Defendant Allen Hawkins has filed a motion for modification or reduction of sentence (ECF No. 28) pursuant to 18 U.S.C. §3582(c)(2) on the basis of Amendment 782 of the United States Sentencing Guidelines, made retroactive by the Sentencing Commission.

Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2). Amendment 782 of the United States Sentencing Guidelines reduced by two levels the offense levels assigned to the quantities that trigger the statutory mandatory minimum penalties in U.S.S.G. §§ 2D1.1 and 2D1.11. These modifications were made retroactive effective November 1, 2014. U.S.S.G. § 1B1.10.

However, Defendant is due to be released before November 1, 2015, therefore, he is ineligible for a reduction in sentence under Guideline Amendment 782.

Therefore, IT IS HEREBY ORDERED that Defendant's motion for modification of sentence (ECF No. 28) pursuant to 18 U.S.C. § 3582(c)(2) is **DENIED**.

Dated: June 8, 2015                              /s/ Robert Holmes Bell
                                                              ROBERT HOLMES BELL
                                                              UNITED STATES DISTRICT JUDGE